**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: THE ESTATE OF KATHRYN S. MCLEOD, DECEASED | : No. 666 MAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: JOAN Y. SUMMY-LONG | : from the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.